# IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO

KENNETH CAMPBELL - Plaintiff

v.

USAA Auto Injury Solutions - Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 28 2011

GREGORY C. LANGHAM
CLERK

COMPLAINT 11-CV-2528

Plaintiff, Kenneth Campbell, the undersigned, sues Defendant USAA Auto Injury Solutions and, in support, states as follows:

## COUNT I: NEGLIGENCE

1. Plaintiff Kenneth Campbell is a resident of Colorado Springs, Colorado.

2. Defendant USAA Auto Injury Solutions conducts business in Baldwin County, Alabama.

3. On June 20th, 2011, USAA Auto Injury Solutions ("USAA") sent a constructive Notice of Investigation for Insurance Fraud ("the Notice") via United States Postal Service, to the Plaintiff's mailing address at P.O. Box 1381, Monument, Colorado 80132.

4. The Notice was sent less than one week after a rear-end auto collision was proximately caused by the driver-at-fault Dana Samm ("the driver-at-fault"), who was insured by USAA, and who had carelessly victimized the Plaintiff in the vehicle collision on June 14th, 2011. The driver-at-fault was ticketed at the scene of the crime, and a police report was taken, by the Colorado Springs Police Department ("CSPD").

5. Immediately after the impact on June 14th, steaming-hot radiator fluid was seen pouring out, from under the front of the driver-at-fault's vehicle, and quickly forming a puddle on the roadside. The coolant was flowing out at such a rate that the entire coolant system would have likely failed to function properly, after a few minutes of driving.

6. On or about June 16th, the driver-at-fault gave a recorded statement about the collision to USAA, and a separate recorded statement to the insurance company of the Plaintiff. In each statement to the insurers from the driver-at-fault, he did not report any damage to the

coolant system of his own vehicle. In fact, he stated that the only damage done to his vehicle was "...[a few paint scratches]..."

7. Additionally, in his recorded statements on or about June 16th to the insurers regarding the collision, the driver-at-fault ALSO insinuated that some body damage was seen on the rear of the Plaintiff's vehicle BEFORE it was struck by the driver-at-fault.

8. **In reference to the police report taken on June 14th at the scene of the collision, ALL statements given by the driver-at-fault to the CSPD made NO mention of either a damaged coolant system on his own vehicle, NOR any pre-existing damage on the rear of the Plaintiff's vehicle.**

9. On or about June 17th, 2011, USAA conveyed its acceptance of full liability to the Plaintiff, on behalf of the driver-at-fault. It was indicated to the Plaintiff that, at the time, USAA had been not yet aware that injuries were indeed already suffered by the Plaintiff, as a direct and proximate result of the collision.

10. At some point prior to June 20th, USAA ostensibly became concerned about insurance fraud on the part of the Plaintiff, apparently as a would-be result of conduct by the driver-at-fault, after the collision. Under simple logic and fairness, though, concern of possible insurance fraud justly applies to the driver-at-fault, as well, given his financial motive.

11. If a driver-at-fault is so motivated to defraud his own insurer, his acts can recklessly cause Defamation of Character upon the victim. Such acts, be them acts of omission or fraud, may understandably amount to an Infliction of Emotional Distress upon the victim, also.

12. As an insurer, the deed of essentially coercing the victim of a collision that has recently been caused by the insurer's customer, by sending out correspondence geared toward wantonly intimidating that victim, squarely amounts to Negligence on the part of that insurer. Even likely, such Negligence could necessarily be regarded as Intentional, given the reasonably simple boundaries of the respective duties at hand.

13. In the bright light of these glaring facts, the Notice was nonetheless delivered from USAA to the Plaintiff on June 20th, which immediately and severely manifested itself as a GROSSLY Negligent Infliction of Emotional Distress upon the Plaintiff, at a minimum. **The Notice is a substantial factor in the cause of injury sustained by the Plaintiff.**

14. At all times herein mentioned, the Plaintiff was acting in a reasonable, prudent manner.

15. It was the duty of the Defendant to use due care to AVOID causing FURTHER harm to the already-injured Plaintiff. It is clear now that further injury is caused when a subject parlays recklessly-negligent, financially-motivated, false allegations that will forever be impossible to substantiate.

16. The Defendant breached that duty of due care by failing to use due care while doing its business of ensuring recovery for victims of tragic events.

17. As the Negligence of the Defendant is a substantial factor in the cause of damage to the Plaintiff, the Plaintiff has suffered needless injury and mental anguish. The Plaintiff has incurred expenses for medical care and treatment, medicines, prescribed therapy, and other types of medically-related attention. The Plaintiff will continue to incur such expenses in the future. The Plaintiff continues to suffer mental anguish and discomfort from this Injury. The Plaintiff also has lost wages, and will continue to lose such wages in the future. The Negligence of the Defendant, exemplified in the Notice, is a substantial factor in the cause of Injury and Damage, which were incurred without contributory negligence or assumption of risk on the part of the Plaintiff. The Plaintiff also did not have the opportunity to avoid this Injury and Damage.

WHEREFORE, the Plaintiff demands judgment against the Defendant for TWO HUNDRED SEVENTY-FIVE THOUSAND DOLLARS ($275,000.00) plus interests and costs for Count I of the Plaintiff's Complaint.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

Respectfully submitted,

*K Campbell*

Kenneth Campbell

Post Office Box 1381
Monument, Colorado 80132

(916) 283-4332



9800 Fredericksburg Road
San Antonio, Texas 78288

USAA®

04664.9DB3.JSS202300429.02.01.2369

KEN CAMPBELL
BOX 1381
MONUMENT CO 80132

June 20, 2011

Reference: injury claim

Dear Mr. Campbell,

I am writing regarding the claim referenced below.

This letter is to inform you that I am now handling your claim as a result of the above referenced accident. In reviewing the file, I have some concerns regarding the causation of the injuries and minimal damage to the involved vehicles. This letter serves to advise you that due to these concerns, I will be investigating the relationship between the property damage and the injuries being claimed. The results of this investigation will determine what I feel we owe for your injuries. Further, be advised that you are responsible for your medical care and bills, bearing in mind that there is no guarantee that the medical bills and/or wages will be reimbursed to you at the time this claim is concluded. Additionally, we would like you to be aware that we do review all medical bills and treatment for reasonable and customary charges as well as appropriateness of treatment. This is taken into consideration if an offer of settlement is made.

| | |
|---|---|
| Policyholder: | Dana L. Samm |
| Reference #: | 13600426-7104-16-8228 |
| Date of loss: | June 14, 2011 |
| Loss location: | Colorado Springs, Colorado |

You may submit correspondence or questions to me. My contact information is:

| | |
|---|---|
| Address: | Auto Injury Solutions<br>Attn: USAA Medical Mail Dept.<br>P.O. Box 26001<br>Daphne, AL 36526 |
| Fax: | 1-866-828-2330 |
| Phone: | 1 800 531 8722, ext. 4-0478 |

Sincerely,

Amanda N Jennings
USAA MOUNTAIN STATES REGIONAL OFFICE
United Services Automobile Association

13600426 · 16 · CO · 06/14/11 · 8228 · 15 · C200 · DM04664

54391-0109

# Fax Message

**To:** Colorado District Court Clerk
**Fax:** +1 303 3352714

**From:** Ken Campbell

**Date:** 9/28/2011 4:48 AM
**Pages:** 1 of 11 (including this page)

0

Appendix D

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: **9/27/11**

2. Name of attorney or *pro se* party making the transmission: **Kenneth Campbell**
   Facsimile number: **719-203-2223** Telephone number: **916-283-4332**

3. Case number, caption, and title of pleading or paper: **Civil Action**

4. Number of pages being transmitted, including the facsimile cover sheet: **10**
   Instructions, if any: **E-Mail: KenjiCampbell@hotmail.com**

(Rev. (12/08))

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kenneth Campbell | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| USAA Auto Injury Solutions | Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
USAA Auto Injury Solutions
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
6451 Merritt Blvd, Daphne, AL 36526

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kenneth Campbell
PO Box 1381
Monument, CO 80132

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

USAA Auto Injury Solutions
Phone #: (251) 626-4666

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 916-283-4332
DATE: 9/27/11

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number:

**Kenneth Campbell**

PLAINTIFF(S),

v.                                                            **SUMMONS**

**USAA Auto Injury Solutions**

DEFENDANT(S).

To the above named Defendant(s):

You are hereby summoned and required to serve upon

    Kenneth Campbell

plaintiff's attorney, whose address is:

    P.O. Box 1381, Monument, CO 80132

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within ___30___ days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                    Gregory C. Langham, Clerk

                                    By: _____
                                                                  Deputy Clerk

                                  (Seal of the Court)

Date:

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.