IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 11-cv-02528-PAB-CBS

KENNETH CAMPBELL,

    Plaintiff,

v.

USAA AUTO INJURY SOLUTIONS,

    Defendant.

## ORDER OF RECUSAL

Magistrate Judge Craig B. Shaffer

    This matter was drawn to me upon the Order Drawing Case on November 21, 2011. Pursuant to the Order of Reference dated December 1, 2011 (doc. # 10), this civil action was referred to the Magistrate Judge to, inter alia, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions . . . ."

    In accordance with 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify himself "in any proceeding in which his impartiality might be reasonably be questioned."  In view of my position as a customer of the Defendant and in order to avoid the appearance of impropriety, I hereby recuse myself from this action.  The Clerk of Court shall assign another magistrate judge to this case.

    IT IS ORDERED that the February 3, 2012, Preliminary Scheduling Conference is VACATED.

DATED at Denver, Colorado, this 2nd day of February, 2012.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge