IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -7 2012

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02528-PAB-MEH

KENNETH CAMPBELL,

    Plaintiff,

v.

USAA AUTO INJURY SOLUTIONS,

    Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendant or counsel for the Defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendant.

Dated this 3rd day of February, 2012 in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-0-2528-PAB-MEH

Kenneth Campbell
850 Robbie View, #1115
Colorado Springs, CO 80920

US Marshal Service
Service Clerk
Service forms for: USAA Auto Injury Solutions

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on USAA Auto Injury Solutions:   AMENDED COMPLAINT FILED 11/04/11, NOTICE FILED 11/04/2011, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on February 7, 2012.

                                                GREGORY C. LANGHAM, CLERK

                                                By:
                                                       Deputy Clerk