# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

July 27, 2012

Douglas E. Cressler
Chief Deputy Clerk

Mr. Neil Bruce
Bruce & Salt
128 South Tejon, Suite 210
Colorado Springs, CO 80903

Kenneth Campbell
P.O. Box 1381
Monument, CO 80132

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** **12-1099, Campbell v. USAA Auto Injury Solutions**
Dist/Ag docket: 1:11-CV-02528-PAB-MEH

Dear Appellant, Counsel, and Clerk:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.  Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/sds